*Kim, Petitioner, v. Flagstar Bank, FSB, et al., Respondents*, No. 93123-2. Petition for review of a decision of the Court of Appeals, No. 46906-5-II, March 15, 2016, 192 Wn. App. 1076. *Denied* August 31, 2016.

*State, Respondent, v. Walker, Petitioner*, No. 93126-7. Petition for review of a decision of the Court of Appeals, Nos. 71748-1-I and 72240-9-I, February 8, 2016, 192 Wn. App. 1033. *Denied* August 31, 2016.

*State, Respondent, v. Moses et al., Petitioners*, No. 93127-5. Petitions for review of a decision of the Court of Appeals, Nos. 46357-1-II and 46377-6-II, April 12, 2016, 193 Wn. App. 341. *Denied* August 31, 2016.

*Driggs, Respondent, v. Howlett et al., Petitioners*, No. 93128-3. Petition for review of a decision of the Court of Appeals, No. 32381-1-III, May 10, 2016, 193 Wn. App. 875. *Denied* August 31, 2016.

*State, Respondent, v. Rose, Petitioner*, No. 93129-1. Petition for review of a decision of the Court of Appeals, No. 47377-1-II, April 5, 2016, 193 Wn. App. 1016. *Denied* August 31, 2016.

*State, Respondent, v. Kerow, Petitioner*, No. 93130-5. Petition for review of a decision of the Court of Appeals, No. 72933-1-I, February 29, 2016, 192 Wn. App. 843. *Denied* August 31, 2016.

*State, Respondent, v. Alden, Petitioner*, No. 93133-0. Petition for review of a decision of the Court of Appeals, No. 32695-1-III, March 8, 2016, 192 Wn. App. 1070. *Denied* August 31, 2016.

*Garcia-Titla et al., Petitioners, v. SFC Homes, LLC, Respondent*, No. 93141-1. Petition for review of a decision of the Court of Appeals, No. 47462-0-II, April 26, 2016, 193 Wn. App. 1038. *Denied* August 31, 2016.